# EXHIBIT A

Bring this coupon to your local IKEA® store and get

# $25 off

a purchase of $150 or more before tax

8400014000018020

Offer valid April 21 - April 22, 2018. One discount per household. Discount will be taken prior to tax and shipping and handling. Valid in US stores only. No cash value. Printed coupon or electronic copy must be presented at time of purchase. Void if altered, copied, transferred, resold, sold through online auction or prohibited by law. Cannot be combined with other IKEA offers or discounts, except IKEA FAMILY product offers. Not valid on IKEA Kitchen Event offer, IKEA services, Eat for Free or Kids Eat Free IKEA Food Offers, IKEA FAMILY Individual Kitchen Planning Service Offer or in the IKEA Restaurant or Swedish Food Market. Not valid on previous purchases or the purchase of IKEA Gift Cards. Additional terms and conditions may apply. See store for details.

© Inter IKEA Systems B.V. 2018.

**To redeem your coupon, bring it to your local IKEA store or display it on your phone at checkout.**