# EXHIBIT B

IKEA FAMILY | IKEA for Business | Customer Services | Financing | Join our email list | Información en español          Choose Your Store   Log In/Sign Up

 **Products** ▾  **Inspiration**  **New**  **Offers**  **Services**  **Back to College**    Search

🚚 You can do it yourself- but you don't have to | Delivery starting at $29!

CUSTOMER SERVICE: Contact Us | IKEA Services | **Return Policy** | FAQ | Delivery Terms & Conditions | Store Locator | Stock Check | Buying Guides | IKEA Planning Tools | Assembly Instructions | Request/View Catalog | Warranty Information

ABOUT SHOPPING
## IKEA return policy

# It's OK to change your mind

It's OK to change your mind. If you're not totally satisfied with your IKEA purchase you can return it within 365 days, together with proof of purchase, for a full refund. Refunds will be made in the same form of payment originally used to make the purchase. We are unable to refund or exchange your items if your merchandise is found to be dirty, stained, damaged or abused.

*Mattresses purchases may be exchanged for another mattress one time within 365 days if you don't love it.*

Read more about our warranties



# How to return

Because sometimes you change your mind.



### In-store

Return for free at any IKEA store. Just bring your merchandise, photo ID**, receipt (or online order confirmation) and the card that you made the purchase with... and leave the rest to us.
Find your local store here.



### We can come to you!

• For large item returns (where we will need a truck to pick it up) contact us and we will setup a pickup. This service is not available in all areas. Please contact us for pricing and scheduling at 1-888-434-4532.

• For smaller item returns (FedEx or UPS could pick it up) please complete this form and send the package(s) back to your closest IKEA store location. Please be sure to include a copy of your completed Return Packing Slip and a copy of your receipt / order confirmation in the return package.

## No Receipt, No Problem!

If the purchase was made in the last 365 days, we can attempt to locate the purchase using:
• Credit/Debit Card
• Gift Card Number
• Order Number (if applicable)
• Date of order

If we can't find a record of the purchase, we will gladly provide a merchandise credit for the lowest selling price of the item within the last 365 days.

** *You will be required to present a valid photo ID for all returns and exchanged made in store. Information from your ID will be retained in a company-wide database to be used only for authorizing returns.*

# Missing, damaged or incomplete orders

Sometimes things don't go as planned. If your order arrived incomplete, contained damaged products, or didn't even show up, we're here to help.



### Visit your closest store

Regardless of your issue, you can always visit your local IKEA store and we will find a solution for you. If your item is damaged, bring your damaged item and proof of purchase. If you are missing an item, bring your order confirmation.



### Call Us

Visit our contact page to call one of our agents. We will help you find a solution.

IKEA / Customer Service / **Return Policy**

| Catalog & Brochures | Need Help | Delivery Information | Helpful Links | This is IKEA | Jobs at IKEA | Partners |
|---|---|---|---|---|---|---|
| Request | FAQ | | Find an IKEA Store | The IKEA Concept | | TaskRabbit |
| View Online | Contact Us | Delivery | All Products | Democratic Design | | |
| Buying Guides | Feedback | Picking with Delivery | Planning Tools | About the IKEA Group | | |
| | Return Policy | Track an Order | IKEA Food & Restaurant | People & Planet | | |
| | Children's Product Registration | Delivery Terms & Conditions | Warranties | Press Room | | |
| | Store Finder | | IKEA Services | Read our Materials | | |
| | | | IKEA Gift Card | IKEA Foundation | | |

© Inter IKEA Systems B.V. 1999 - 2018 | Privacy Policy | Responsible Disclosure